IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HAKEEM ABDUL SHAHEED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:05-cv-461-GPM |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on the Motion for extension of time filed by the defendant, the United States of America, on May 15, 2006 (Doc. 15) and the Motion to Amend the Complaint filed by the plaintiff, Hakeem Abdul Shaheed, on May 16, 2006 (Doc. 16).  The motion for extension of time is **GRANTED** and the motion to amend is **GRANTED**.

In a previous Order, dated April 26, 2006, the plaintiff was instructed to resubmit his amended complaint because the document he submitted to chambers was misplaced.  Instead of resubmitting his amended complaint, however, the plaintiff resubmitted his motion to amend.  In the interests of justice and in order to move this case along, the Court, and the parties, will consider this motion to amend as a supplement to the original complaint pursuant to Federal Rule of Civil Procedure 15(d).  Thus, the plaintiff has supplemented his claim to add allegations under the FTCA regarding claims T-NCR-2005-04490, TRT-NCR-2006-01004, and T-NCR-2005-03391, which are identified in December 1, 2005 and February 16, 2006 letters from Daryl Kosiak, Regional Counsel, to the plaintiff, that are attached to the motion.  The parties shall label as Count 1 the allegations made in the original complaint, and these three additional supplemental claims shall be labeled Counts 2 through 4, respectively, in any future pleadings/filings with the Court.

The defendant shall file a responsive pleading to the complaint, as supplemented, by July 16, 2006.

**DATED: June 16, 2006**

**s/ Donald G. Wilkerson**
**DONALD G. WILKERSON**
**United States Magistrate Judge**
